**ORIGINAL**

MEMO ENDORSED
MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CZIGANY BECK, individually and on
behalf of others similarly situated,

                  Plaintiff,

-against-

MANHATTAN COLLEGE,

                  Defendant.

-----------------------------------------------------------x

1:20-cv-03229-LLS

**PLAINTIFF'S OPPOSED MOTION TO APPOINT INTERIM CLASS COUNSEL**

Plaintiff Czigany Beck hereby submits and moves this Court for an Order appointing Roy T. Willey, IV and Eric M. Poulin of Anastopoulo Law Firm, LLC as lead interim class counsel under Rule 23(g)(3) of the Federal Rules of Civil Procedure and Edward Toptani of Toptani Law PLLC as interim liaison class co-counsel.

As further set forth in the supporting memorandum, Plaintiff has shown that undersigned counsel are experienced, qualified, and capable of adequately representing the interest of the Classes.

WHEREFORE, for the reasons set forth above, and those set forth in the accompanying Memorandum of Law, Plaintiff prays for an order appointing the undersigned attorneys as lead interim class counsel.

[signature block on the following page]

*Denied, without prejudice, as premature. No class has been certified, and no motion for certification has been made, despite Rule 23(c)(1)(A). The Advisory Committee note on the 2003 Amendment remarks that the then new subdivision (g) to which plaintiff refers will "guide the court in assessing proposed class counsel as part of the certification process."*

*So Ordered.*

*Louis L. Stanton   8/26/21*

Dated: September 22, 2020               Respectfully submitted,

                                        By:   /s/ *Roy T. Willey, IV*
                                              Roy T. Willey, IV (*Pro Hac Vice*)
                                              Eric M. Poulin (*Pro Hac Vice*)
                                              ANASTOPOULO LAW FIRM, LLC
                                              32 Ann Street
                                              Charleston, SC 29403
                                              843-614-8888
                                              roy@akimlawfirm.com

                                              -AND-

                                              Edward Toptani
                                              TOPTANI LAW PLLC
                                              375 Pearl Street, Suite 14106
                                              New York, NY 10038
                                              212-699-8930
                                              edward@toptanilaw.com


                                              **ATTORNEYS FOR PLAINTFF**