ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CZIGANY BECK, individually and on behalf of others similarly situated,

          Plaintiff,

    - against -

MANHATTAN COLLEGE,

          Defendant.

20 Civ. 3229 (LLS)

**ORDER**

    Plaintiff Czigany Beck moves to compel defendant Manhattan College to provide supplemental responses to plaintiff's June 18, 2021 discovery requests, specifically Interrogatories 1, 2, 4, 6, 11, and 12.

    The sole remaining claim in this case is that the defendant was unjustly enriched when it moved to utilize online instruction and closed on-campus services and facilities without refunding students a portion of their tuition, reflecting their loss of the benefits of collegial life. Accordingly, defendant is ordered to comply with the first portion of Interrogatory 2 asking defendant to "Identify whether any Documents exists between Defendant and Students as to tuition" and defendant is ordered to comply, in part, with Interrogatory 12 by identifying "each person employed or formerly employed by Defendant, or each outside Person, who has been or now is responsible for the following activities: (a) the tuition rates charged to Students;

1

. . . (c) the determination whether students would or will be entitled to any refunds for amounts paid for tuition."

The remaining Interrogatories and demands for production are too broad and remote to the existing claims. Their scope is vastly out of proportion to the needs of this case. Defendant's objections to them are sustained and plaintiff's motion to compel them is denied.

So ordered.

Dated:   New York, New York
         June 7, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.