**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CZIGANY BECK, individually and on behalf
of others similarly situated,

                          Plaintiff,

      -against-                                        20 **CIVIL** 3229 (LLS)

                                                                     **<u>JUDGMENT</u>**

MANHATTAN COLLEGE,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 29, 2023, Manhattan College's Motion for Summary Judgment dismissing Beck's unjust enrichment claim for tuition reimbursement is granted. There are no remaining claims; accordingly, the case is closed.

**Dated:** New York, New York

      June 29, 2023

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                 **BY:**      K. Mango

                                                               **Deputy Clerk**