UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

CZIGANY BECK, individually and on behalf
of all others similarly situated,

                        Plaintiff,

                        v.

MANHATTAN COLLEGE,

                        Defendant.         Case No: 1:20-cv-03229-LLS

-------------------------------------------------------------------------

## **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Czigany Beck, individually and on behalf of others similarly situated, hereby move this court for an Order, to (i) grant preliminary approval of the Settlement Agreement; (ii) provisionally certify the Settlement Class in connection with the settlement process; (iii) appoint Poulin Willey Anastopoulo, LLC as Class Counsel; (iv) appoint Czigany Beck as Settlement Class Representative for the Settlement Class; and (v) approve the proposed notice plan, as detailed in the Settlement Agreement, and to direct distribution of the proposed notice. The class definition for which this motion seeks preliminary approval is for **"students enrolled in classes at the beginning of the Spring 2020 semester."** In support of this Motion, Plaintiff submit herewith the following:

1. Memorandum of Law in Support
2. the Settlement Agreement dated July 1, 2025, attached hereto as Exhibit A;
3. the Election Form attached as Exhibit B;
4. the Long Form Notice attached as Exhibit C;

5. the Short Form Notice attached as Exhibit D;

6. the Firm Resume of Poulin, Willey, Anastopoulo, LLC attached as Exhibit E;

7. The Declaration of Eric Poulin as Exhibit F; and

8. a [Proposed] Order Granting Preliminary Approval of the Class Action Settlement attached as Exhibit G.

Dated: August 28, 2025.                    Respectfully Submitted,

*/s/ Eric Poulin*
Eric Poulin*
Poulin, Willey, Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
843-614-8888
Fax: 843-494-5536
Email: eric@akimlawfirm.com
          cmad@poulinwilley.com

*Admitted Pro Hac Vice