**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CZIGANY BECK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MANHATTAN COLLEGE,<br><br>*Defendant*. | Civil Action No. 1:20-cv-03229-LLS |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF
THE CLASS ACTION SETTLEMENT**

Plaintiff Czigany Beck ("Plaintiff"), individually and on behalf all others similarly situated, by and through her attorneys, Poulin Willey Anastopoulo, LLC and Toptani Law respectfully moves, unopposed, for an order granting:

(1) final approval of the proposed Settlement as memorialized in the Settlement Agreement, ECF No. 84, Ex. 1;

(2) certification of the Settlement Class as defined in the Settlement Agreement;

(3) final approval to the appointment of Plaintiff Czigany Beck as the Settlement Class Representative;

(4) final approval to the appointment of Poulin Willey Anastopoulo, LLC and Toptani Law, as Settlement Class Counsel;

(5) the Claims Administrator to dispense the Settlement funds as detailed in the Settlement Agreement and Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; and

(6) all other items set forth in the Proposed Final Order Approving Class Action Settlement and Final Judgment.

Dated:   December 23, 2025.                    Respectfully submitted,

s/ *Paul J. Doolittle*
Paul J. Doolittle*
POULIN, WILLEY, ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
P: (803) 222-2222
F: (843) 494-5536
Email: pauldoolittle@poulinwilley.com
            cmad@poulinwilley.com

* Admitted *Pro hac vice*

- AND -

*/s/ Edward G. Toptani*
Toptani Law Offices
127 East 59th Street, 3rd Floor
New York, NY 10022
(212)-699-8930
Fax: (212)-699-8939
Email: edward@toptanilaw.com


***ATTORNEYS FOR PLAINTIFF***
