ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/15/26__

**MEMORANDUM ENDORSEMENT**

Beck v. Manhattan College
20 Civ. 3229 (LLS)

On September 4, 2025, this Court granted preliminary approval of the Class Action Settlement Agreement between plaintiff Czigeny Beck, individually and on behalf of others similarly situated, and defendant Manhattan College. (Dkt. No. 86). The Settlement Agreement resolved all claims related to plaintiff's breach of contract action arising out of Manhattan College's transition to remote education during the COVID-19 pandemic and entitled class plaintiffs to a settlement amount of $742,940, inclusive of all administrative expenses, attorneys' fees, and awards. (Dkt. No. 89). Plaintiff now moves for the award of attorneys' fees, reimbursement of litigation costs and expenses, and grant of service award to the class representative. (Dkt. No. 88). That motion is granted.

"In a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). After a motion for award is made, any class member or paying party may object. Id. The Settlement Agreement provides for an award of attorneys' fees not to exceed $247,399, and plaintiff has moved for the full amount. (Dkt. Nos. 84-1, 89).

- 1 -

Neither any class member nor Manhattan College has objected to the requested award.

The fees requested are reasonable, and the Court sees no reason to deny the uncontested amount. The attorneys' fee request of $247,399 represents one-third of the total settlement amount. "Courts in this Circuit routinely find that requests for attorney's fees totaling one-third of the settlement fund are well within the range of reasonableness." Rosenfeld v. Lenich, 2021 WL 508339 at *6 (E.D.N.Y. Feb. 4, 2021) (internal quotation marks and citation omitted). The requested amount is proportionate to the size and complexity of the case. See In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig., 991 F. Supp. 2d 437, 445 (E.D.N.Y. 2014)("[I]t is very common to see 33% contingency fees in cases with funds of less than $10 million."). Moreover, the request amounts to only a 30% recovery of the attorneys' hours if billed at their typical rate. (Dkt. No. 89-1).

The attorneys' costs and expenses are also reasonable, and the amount is similarly uncontested by class members or defendant. Counsel who create a common settlement fund are entitled to reimbursement of all reasonable litigation costs and expenses. In re Marsh ERISA Litig., 265 F.R.D. 128, 150 (S.D.N.Y. 2010). As itemized in the declaration of attorney Paul

- 2 -

Doolittle, plaintiff's attorneys have incurred $33,243 in expenses. (Dkt. No. 89-1). The Court finds these fees reasonable since they represent ordinary and necessary costs of representation, and because counsel working on a contingent basis had a "strong incentive to keep expenses at a reasonable level." 265 F.R.D. at 150.

Finally, the class representative's service award is also reasonable and uncontested. The Settlement Agreement designates a service award of up to $10,000, which is meant to compensate Beck for the significant investment of time and assumption of risk. This Circuit frequently awards class representatives comparable amounts for their work on behalf of the class. See, e.g., id. at 150-51; Strougo ex rel. Brazilian Equity Fund, Inc. v. Bassini, 258 F. Supp. 2d 254, 263 (S.D.N.Y. 2003)(awarding named plaintiff $15,000 and collecting cases).

Thus, plaintiff's attorneys are entitled to $247,399 in fees and $33,243 in costs. Class representative Beck is entitled to the $10,000 service award. Plaintiff's motion is granted.

So ordered.

Dated:  New York, New York
        January 15, 2026

                                    _Louis L. Stanton_
                              LOUIS L. STANTON
                                 U.S.D.J.

- 3 -

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

CZIGANY BECK, individually and on behalf
of all others similarly situated,

                        Plaintiff,

                        v.

MANHATTAN COLLEGE,

                      Defendant.         Case No: 1:20-cv-03229-LLS

-----------------------------------------------------------------

### MOTION FOR PLAINTIFF'S ATTORNEYS' FEES, REIMBURSEMENT OF LLITIGATION COSTS AND EXPENSES AND SERVICE AWARDS TO THE CLASS REPRESENTATIVE

1.    Plaintiff Czigany Beck, individually and on behalf of others similarly situated, hereby moves this court for an Order, to grant Plaintiff's Motion to Award Attorneys' Fees, Reimbursement of Litigation Costs and Expenses, and Service Award to the Class Representative.

In support of this Motion, Plaintiff submits herewith the following:

1.    Memorandum of Law in Support;

2.    The Declaration of Paul Doolittle, attached hereto as Exhibit A.

Dated: October 17, 2025               Respectfully Submitted,

                                       */s/ Paul Doolittle*
                                       Paul Doolittle*
                                       Poulin, Willey, Anastopoulo, LLC
                                       32 Ann Street
                                       Charleston, SC 29403
                                       843-614-8888

Fax: 843-494-5536
Email:
paul.doolittle@poulinwilley.com
        cmad@poulinwilley.com

*Admitted Pro Hac Vice